1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BELAL RAHMAN,<br><br>                              Plaintiff,<br><br>v.<br><br>BMW of North America, LLC, and DOES 1-100,<br><br>                              Defendants. | Case No. 21-cv-357-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS**<br><br>[Doc. No. 9] |

        Plaintiff Belal Rahman and Defendant BMW of North America, LLC, move to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  *See* Doc. No. 9.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action in its entirety with prejudice.  The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

        **IT IS SO ORDERED**.

Dated:  February 17, 2022

_____
HON. MICHAEL M. ANELLO
United States District Judge